UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SALVATORE GARCIA,

                                  **Plaintiff(s),**                        13-CV-08835 (SN)

          -against-                                   **FAIRNESS HEARING ORDER**

**JONJON DELI GROCERY CORP., et al.,**

                                **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The conference in this matter, previously scheduled for Thursday, October 22, 2015 at 10:30 a.m. is RESCHEDULED for Friday, October 23, 2015 at 2:00 p.m. in Courtroom 219 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

**SO ORDERED.**

                                                                                                                                                                                                _____
                                                                       SARAH NETBURN
                                                         United States Magistrate Judge

DATED:   New York, New York
                October 21, 2015