UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SALVATORE GARCIA,

                              Plaintiff,                          13-CV-08835 (SN)

              -against-                                           <u>ORDER</u>

JONJON DELI GROCERY CORP., et al.,

                              Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On Friday, October 23, 2015, counsel for the parties in this Fair Labor Standards Act

case appeared for a fairness hearing after having previously settled the case at a judicially-

supervised settlement conference. Having reviewed the terms of the proposed settlement, the

Court determines that it is fair and reasonable. The settlement is approved and this action is

dismissed with prejudice.

**SO ORDERED.**

                                        _____
                                        SARAH NETBURN
                                        United States Magistrate Judge

DATED:    New York, New York
          October 26, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 10/26/2015 __